Robert Caldwell 983046
Michael Unit
2664 F.M 2054
Tenn. Colony, Tx
75886

46,194-10

1-26-15

Re: Copy of Docket Sheet
Ex Parte Caldwell # 207 81669-97-G
WR-46.194-10

Dear Clerk:

I would appreciate it if you will provide me of
a copy of the Docket sheet of this case

Thanks for you tending to this matter

Respectfully Submitted

Robert F. Caldwell

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk